UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICK FUTIA, | ) | Case No.:   C 05-3547 PVT |
| Plaintiff, | ) | (Related Case No. C 05-4294 PVT ) |
| v. | ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| THE GRAND LODGE OF THE ENGLISH LANGUAGE JURISDICTION OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS, et. al., | ) ) ) ) | |
| Defendants. | ) | |

On January 3, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference.  Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to April 11, 2006, 2:00 p.m.,Courtroom 5.

IT IS FURTHER ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

1   IT IS FURTHER ORDERED that the parties appear for a pretrial settlement conference
2 before U.S. Magistrate Judge Richard Seeborg.
3 Dated: 1/5/06

4 _____
PATRICIA V. TRUMBULL
5 United States Magistrate Judge