**United States District Court**
For the Northern District of California

**\*E-FILED\***
**March 15, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | No. C 05-03547 PVT (RS) |
| Plaintiff, | |
| v. | |
| SUPREME GRAND LODGE OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS, et al. | |
| Defendants. | |
| CHRISTINA ADAMS, | No. C 05-04294 PVT (RS) |
| Plaintiff, | |
| v. | |
| SUPREME GRAND LODGE OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS, et al. | |
| Defendants. | |

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference scheduled for **March 24, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **May 9, 2006 at 10:00 a.m**.

1    Counsel who will try the case shall appear at the settlement conference with the parties and
2 with the person or persons having full authority to negotiate and to settle the case. Settlement
3 conference statements, if not previously submitted, are due seven (7) days prior to the settlement
4 conference. All other provisions of this Court's Order dated January 31, 2006 shall remain in effect.
5    The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
6 prior to the date set for settlement conference.

8 Dated:   March 15, 2006

9                                         RICHARD SEEBORG
                                          United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Thomas Nelson Stewart, Esq.
Email: t_stew_3@yagoo.com

Paul L. Rein, Esq.
Email:  reinlawoffice@aol.com

Sharon S. Kirsch, Esq.
Email: skirsch@mfmlaw.com


Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 15, 2006

                                CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                By:     /s/ *BAK*