1  PAUL L. REIN, Esq. (SBN 43053)
   PATRICIA BARBOSA, Esq. (SBN 125865)
2  JULIE MCLEAN, Esq. (SBN 215202)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  (510) 832-5001

5  Attorneys for Plaintiff:
   CHRISTINA ADAMS

6
   THOMAS N. STEWART, III (SBN 88128)
7  369 Blue Oak Lane, 2nd Floor
   Clayton, CA 94517
8  (925) 672-8452

9  Attorney for Plaintiff:
   RICK FUTIA

10
   JAMES McMANIS (SBN 40958)
11 WILLIAM FAULKNER (SBN 83385)
   SHARON KIRSCH (SBN 157157)
12 McMANIS FAULKNER & MORGAN
   50 West San Fernando Street, 10th Floor
13 San Jose, California 95113
   (408) 279-8700

14
   Attorneys for Defendants:
15 THE GRAND LODGE OF THE ENGLISH
   LANGUAGE JURISDICTION OF THE ANCIENT
   AND MYSTICAL ORDER ROSEA CRUCIS
16 dba THE ROSISCRUCIAN EGYPTIAN MUSEUM;
   THE SUPREME GRAND LODGE OF THE ANCIENT
17 AND MYSTICAL ORDER ROSAE CRUCIS

18

19                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA

20

21 RICK FUTIA,                         Lead Case No. C05-3547 PVT
                                       Related Case No. C05-4294 PVT
22         Plaintiff,                  Civil Rights

23    v.
                                       **STIPULATION AND [PROPOSED]**
24 THE SUPREME GRAND LODGE             **ORDER TO CONTINUE FURTHER CASE**
   OF THE ANCIENT AND                  **MANAGEMENT CONFERENCE**
25 MYSTICAL ORDER ROSAE
   CRUCIS,                             Current CMC Date: April 11, 2006
                                       Time: 2:00 p.m.
26         Defendants.                 Place: Courtroom 5, 4th Floor
                                              U.S. District Court
27                                            280 S. First Street, #2112
                                              San Jose, CA 95113-3008
28                                     Judge: Hon. Patricia Trumbull

**Stipulation to Continue Further
Case Management Conference: Case                                  — 1 —
No. C05-4294 PVT**

CHRISTINA ADAMS,

    Plaintiff,

v.

THE GRAND LODGE OF THE ENGLISH LANGUAGE JURISDICTION OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS dba THE ROSICRUCIAN EGYPTIAN MUSEUM; THE SUPREME GRAND LODGE OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS; and DOES 1-25, Inclusive,

    Defendants.

    Plaintiffs CHRISTINA ADAMS and RICK FUTIA and defendants THE GRAND LODGE OF THE ENGLISH LANGUAGE JURISDICTION OF THE ANCIENT AND MYSTICAL ORDER ROSEA CRUCIS dba THE ROSICRUCIAN MUSEUM; THE SUPREME GRAND LODGE OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS, hereby jointly stipulate and request that the Court continue the Further Case Management Conference from the current date of April 11, 2006, to May 30, 2006.

    Good cause exists for continuing the further case management conference:

    1.    The initial Case Management Conference in this case was held on January 3, 2006. At the Case Management Conference, the parties indicated an intention to cooperatively exchange information relative to claims and defenses. The Court referred parties to Magistrate Judge Richard Seeborg for settlement conference and set a Further Case Management Conference for April 11, 2006. Judge Seeborg set a settlement conference for March 24, 2006.

    2.    The parties held a cooperative site inspection on February 6, 2006 and a further site inspection on February 20, 2006. A meeting of counsel and experts regarding the injunctive relief issues took place on March 7, 2006.

    3.    On March 15, 2006 Judge Seeborg, on his own motion, continued the

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further
Case Management Conference: Case
No. C05-4294 PVT

— 2 —

s:\jm\cases\r\rosicrucian museum\pleadings\stip to continue mediation deadline and further cmc.doc

1  settlement conference date from March 24, 2006 to May 9, 2006, <u>after</u> the date currently set for
2  the further case management conference.
3       4.   The Further Case Management Conference should be held after the
4  Settlement Conference, as the parties will not have anything substantive to report to the Court
5  until the Settlement Conference is held.
6       5.   There are no trial or discovery dates set, and no party would be
7  prejudiced by the requested continuance.
8       Therefore, the parties now hereby request that the further case management
9  conference be continued to May 30, 2006 at 2:00 p.m., with the joint case management
10 statement due by May 23, 2006.

11 Dated: March 27 2006

12                              PAUL L. REIN
                                PATRICIA BARBOSA
13                              JULIE MCLEAN
                                LAW OFFICES OF PAUL L. REIN
14
                                /s/ Julie McLean
15                              Attorneys for Plaintiff
                                CHRISTINA ADAMS
16

17 Dated: March 25, 2006          THOMAS N. STEWART, III

18                              /s/

19                              Attorneys for Plaintiff
                                RICK FUTIA
20

21 Dated: March __, 2006          JAMES McMANIS
                                WILLIAM FAULKNER
22                              SHARON KIRSCH
                                McMANIS FAULKNER & MORGAN
23

24                              _____
                                Attorneys for Defendants
25                              THE GRAND LODGE OF THE ENGLISH
                                LANGUAGE JURISDICTION OF THE
26                              ANCIENT AND MYSTICAL ORDER ROSEA
                                CRUCIS dba THE ROSISCRUCIAN EGYPTIAN
27                              MUSEUM; THE SUPREME GRAND LODGE
                                OF THE ANCIENT AND MYSTICAL ORDER
28                              ROSAE CRUCIS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A'
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further
Case Management Conference: Case
No. C05-4294 PVT                                              - 3 -

1  settlement conference date from March 24, 2006 to May 9, 2006, after the date currently set for
2  the further case management conference.
3     4.   The Further Case Management Conference should be held after the
4  Settlement Conference, as the parties will not have anything substantive to report to the Court
5  until the Settlement Conference is held.
6     5.   There are no trial or discovery dates set, and no party would be
7  prejudiced by the requested continuance.
8     Therefore, the parties now hereby request that the further case management
9  conference be continued to May 30, 2006 at 2:00 p.m., with the joint case management
10 statement due by May 23, 2006.

Dated: March __, 2006

PAUL L. REIN
PATRICIA BARBOSA
JULIE MCLEAN
LAW OFFICES OF PAUL L. REIN

_____
Attorneys for Plaintiff
CHRISTINA ADAMS

Dated: March __, 2006

THOMAS N. STEWART, III

_____
Attorneys for Plaintiff
RICK FUTIA

Dated: March 27, 2006

JAMES McMANIS
WILLIAM FAULKNER
SHARON KIRSCH
McMANIS FAULKNER & MORGAN

*[signature]* for SK

Attorneys for Defendants
THE GRAND LODGE OF THE ENGLISH
LANGUAGE JURISDICTION OF THE
ANCIENT AND MYSTICAL ORDER ROSEA
CRUCIS dba THE ROSISCRUCIAN EGYPTIAN
MUSEUM; THE SUPREME GRAND LODGE
OF THE ANCIENT AND MYSTICAL ORDER
ROSAE CRUCIS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further
Case Management Conference: Case
No. C05 4294 PVT

- 3 -

03/24/2006 FRI 15:49 [TX/RX NO 5027] @005

## ORDER

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

The Further Case Management Conference scheduled for April 11, 2006, is continued to May 30, 2006, at 2:00 p.m., with a joint case management statement due May 23, 2006.

Dated: 3/28/06

_Patricia V. Trumbull_
HON. PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

---

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further
Case Management Conference: Case
No. C05-4294 PVT

— 9 —

s:\jm\cases\r\rosicrucian museum\pleadings\stip to continue mediation deadline and further cmc.doc