**United States District Court**
For the Northern District of California

***E-FILED 5/11/06***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | No. C 05-03547 PVT (RS) |
| Plaintiff, | |
| v. | |
| SUPREME GRAND LODGE OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS, et al. | |
| Defendants. _____/ | |
| CHRISTINA ADAMS, | No. C 05-04294 PVT (RS) |
| Plaintiff, | |
| v. | |
| SUPREME GRAND LODGE OF THE ANCIENT AND MYSTICAL ORDER ROSAE CRUCIS, et al. | |
| Defendants. _____/ | |

**ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

You are hereby notified that a further settlement conference is scheduled for **June 6, 2006**, **at 10:00 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California. In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated:  5/11/06

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Thomas Nelson Stewart, Esq.
Email: t_stew_3@yagoo.com

Paul L. Rein, Esq.
Email:  reinlawoffice@aol.com

Sharon S. Kirsch, Esq.
Email: skirsch@mfmlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 5/11/06

                                CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                By:      /s/ *BAK*